IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:22-cv-80853-RAR

ASPEN LICENSING INTERNATIONAL, INC., a Florida corporation,

    Plaintiff,

v.

ZIGI USA LLC, a Florida limited liability company,

    Defendant.

_____/

**JOINT STATUS REPORT**

    Plaintiff, ASPEN LICENSING INTERNATIONAL, INC. ("Aspen"), and Defendant, ZIGI USA LLC ("Zigi"), by and through their counsel, and pursuant to this Court's Order Entering Bankruptcy [D.E. 74], hereby file this Joint Status Report as follows:

    1.    On January 4, 2024, Zigi filed a "Suggestion of Bankruptcy," stating that it filed, on December 31, 2023, a Chapter 11 bankruptcy in the Southern District of New York in *In re: Zigi USA, LLC*, No. 23-12102-DSJ (Bankr. S.D.N.Y.) (the "Bankruptcy Proceeding").

    2.    In the Bankruptcy Proceeding, the bankruptcy court permitted Zigi to continue operations. In the meantime, Zigi continues to file monthly operating reports with the bankruptcy court and awaits an acceptable reorganization plan.

    3.    On June 7, 2024, Aspen, as a creditor of Zigi, filed a proof of claim in the Bankruptcy Proceeding.

    4.    On October 17, 2024, the bankruptcy court granted Zigi's "Second Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement," extending the Zigi's exclusive period to file a plan of reorganization up to and including December 2, 2024, and

to solicit acceptances thereof up to and including February 3, 2025, pursuant to 11 U.S.C § 1121(d).

5. On December 14, 2024, the United States Trustee filed a motion to convert the Bankruptcy Proceeding from a Chapter 11 case into a Chapter 7 case.

6. Until this motion is heard and ruled upon, the Chapter 11 Bankruptcy Proceeding is still ongoing.

DATED this 30th day of December, 2024.

| | |
|---|---|
| Weiss Serota Helfman Cole & Bierman<br>*Attorneys for Plaintiff*<br>2255 Glades Road, Suite 200E<br>Boca Raton, Florida 33431<br>Phone: (561) 835-2111<br><br>By:   /s/ *Jeremy S. Rosner*<br>   Howard D. DuBosar; Fla Bar No. 729108<br>   HDuBosar@wsh-law.com<br>   Jeremy S. Rosner; Fla Bar No. 1018158<br>   jrosner@wsh-law.com | The Law Firm of Vincent Law, PA<br>*Attorneys for Defendant*<br>800 E. Broward Blvd., Suite 607<br>Ft. Lauderdale, FL 33301<br>Phone (954) 524-9494<br><br>By:   /s/ *Arthur Vincent*<br>   Arthur Vincent; Fla Bar No. 0045845<br>   arthur@vincentlawpa.com |